IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| JULIA TEAGUE,<br>　　　　*Plaintiff*<br><br>-vs-<br><br>OMNI HOTELS MANAGEMENT CORPORATION,<br>　　　　*Defendant* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | A-19-CV-00940-JRN |

## FINAL JUDGMENT

Before the Court is the above-entitled and styled cause of action. On this day, the Court entered an order granting Plaintiff Julia Teague's Motion for Entry of Final Judgment and requiring Defendant Omni Hotels Management Corporation to pay $16,296.62 in back pay damages.

The Court now enters final judgment by separate order pursuant to Rule 58.

**IT IS THEREFORE ORDERED** that the case is **CLOSED**.

**IT IS FURTHER ORDERED** that all pending motions are **DISMISSED AS MOOT**.

**IT IS FINALLY ORDERED** that Plaintiff may submit a Motion for Attorney Fees within 14 days of the date of this order, pursuant to Federal Rule of Civil Procedure 54(d)(2)(B)(i). *See* Fed. R. Civ. P. 54(d)(2)(B)(i).

SIGNED this 24th day of August, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE