UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| JULIA TEAGUE, § <br> § <br> Plaintiff, § <br> § <br> v. § <br> §    No. 1:19-CV-00940-JRN <br> OMNI HOTELS MANAGEMENT § <br> CORPORATION and § <br> TRT HOLDINGS INC., § <br> § <br> Defendants. § | |

## Amended Final Judgment

Pursuant to Federal Rule of Civil Procedure 59, and on the parties' *Agreed Motion for Amended Judgment of Dismissal* based on settlement, this Court renders an amended final judgment as follows in accordance with Rule 58:

1. This Court grants the *Agreed Motion for Amended Judgment of Dismissal*.

2. This Court vacates the Final Judgment entered August 25, 2021 (Doc. 110).

3. This Court dismisses with prejudice all claims in this lawsuit, with each party to bear that party's own costs and attorneys' fees.

4. This judgment is now this Court's final judgment in this cause.

Signed this 15th day of September 2021.

_____
Alan D Albright
United States District Judge